64,017-05

Christopher E. Wimberly
MCCONNELL UNIT - TDC#1207400
3001 South Emily Drive
Beeville, Texas 78102

MOTION DISMISSED
DATE: 2-27-15
BY: PC

February 17, 2015

OFFICE OF THE CLERK
ABEL ACOSTA, Clerk
COURT OF CRIMINAL APPEALS
OF TEXAS
P.O. Box 12308 Capitol Station
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

RE:     WR-64,017-05

Dear Clerk:

Enclosed  for  your filing is Applicant's Motion to Respectfully Address the  Honorable  Court  of  Criminal Appeals. Please file said motion and bring to the attention of the Court.

Thank you for your assistance in this matter.

Sincerely,

Christopher E. Wimberly
APPLICANT

cc:     files

IN THE COURT OF CRIMINAL APPEALS

AT, AUSTIN, TEXAS

| | |
|---|---|
| EX PARTE | § |
| | § |
| | § |
| CHRISTOPHER EUGENE WIMBERLY, | § |
| Applicant. | § |

### APPLICANT'S MOTION TO RESPECTFULLY ADDRESS THE
### HONORABLE COURT OF CRIMINAL APPEALS

**NOW COME** Christopher E. Wimberly, Applicant, Pro Se in the above-styled Number Cause, and moves the Court pursuant to 11.07, Section 3, Code of Criminal Procedures, and present as follows:

### I.

### JURISDICTION

The Applicant contends that this Honorable Court of Criminal Appeals has jurisdiction to hear this Motion to Respectfully Address the Honorable Court of Criminal Appeals, according to Texas Code of Criminal Procedures, Article 11.07, and it's Section. To Remand said Writ No. 64,017-05 to the convicting Court (27th Judicial District Court of Bell County, Texas, to act in according with Code of Criminal Proc., Sec. 8, Finding of Facts.

### II.

### STATEMENT OF THE FACTS

On September 25, 2014, Applicant submitted to the 27th Judicial District Court of Bell County, Texas, his Application for Writ of Habeas Corpus, with exhibits. Certified Mail #7012-3460-0001-3279-4009.

On October 7, 2014, the State of Texas filed it's State's Answer.

On October 20, 2014, Applicant responded to State's Answer, "Applicant's

Traverse to State's Answer.. Certified Mail #7013-3020-0000-0350-2059.

On February 12, 2015, Applicant received notification that his Applicattion for 11.07, Writ of Habeas Corpus has been forward/received and presented to the Court of Criminal Appeals without a Finding of Facts and Conclusion of Law.

On February 17, 2015, Applicant submits his Motion to Respectfully Address the Honorable Court of Criminal Appeals.

## III.

### ISSUE PRESENTED

Applicant brings this motion, asking the Honorable Court to REMAND his WR-64,017-05, to the 27th Judicial District Court for disposition under 11.07, Sec. 8. Applicant Writ has shown that he is 'Actual Innocence', and provided undisputed evidence of such. Therefore, the non-action taken by the District Court has denied applicant due process rights to be heard.

Moreover, the District Court provides no Finding of Facts for consideration- before this Court of Criminal Appeals. See **Eli Lilly & Co. v. Marshall,** 829 S.W.2d 157, 158 (Tex.Crim.App. 1992).

### PRAYER

WHEREFORE, CONSIDERED, Applicant prays that this Honorable Court REMAND to the 27th Judicial District Court of Bell County, Texas, to act in according with 11.07, Sec. 8, without further delay. Applicant respectfully pray this Court GRANT Applicant Motion to Respectfully Address the Honoronable Court of Criminal Appeals, or in the alternative all deem necessary as a matter of law..

Respectfully submitted,

Christopher E. Wimberly
McConnell Unit-#1207400
3001 S. Emily Dr.
Beeville, Texas 78102